Arnold B. Calmann (abc@saiber.com)
Geri L. Albin (gla@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Ron E. Shulman (rshulman@wsgr.com)
Terry Kearney (tkearney@wsgr.com)
Richard G. Frenkel (rfrenkel@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

Roger J. Chin (rchin@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2000

Attorneys for Defendants
Mylan Pharmaceuticals Inc. and Mylan Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | Civil Action No. 2:08-CV-5042 (PGS)(ES) |
| Plaintiff, | **CONSENT ORDER GRANTING DEFENDANTS LEAVE TO AMEND THEIR ANSWER, SEPARATE DEFENSES AND COUNTERCLAIMS** |
| v. | |
| MYLAN PHARMACEUTICALS INC. AND MYLAN INC., | |
| Defendants. | *DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq.,

attorney for defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan"), for

{00595517.DOC}

an Order permitting Mylan to file an Amended Answer, Separate Defenses and Counterclaims;

and the Court having been informed in a letter from Mylan's counsel Arnold B. Calmann, Esq.

of December 7, 2009, that plaintiffs have consented to such relief; and the Court having

considered the status of this proceeding and the pleadings of record; and for other and good

cause having been shown,

IT IS on this ___9ᵗʰ___ day of ___December___, 2009;

ORDERED that Defendants Mylan be and the same is granted leave to file an Amended

Answer, Separate Defenses and Counterclaims within ___7___ days of the entry of this Order.

_____
HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE