William J. O'Shaughnessy
Jonathan M. H. Short
Mark H. Anania
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444
Facsimile: (973) 624-7070

Of Counsel
Robert L. Baechtold
Nicholas N. Kallas
Diego Scambia
Christopher E. Loh
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

NOVARTIS PHARMACEUTICALS CORPORATION,

Plaintiff,

v.

MYLAN PHARMACEUTICALS INC. and MYLAN INC.,

Defendants.

**Civil Action No. 2:08-cv-5042-PGS-ES**

**Motion Date: To Be Determined By the Court**

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**OF NO PROSECUTION LACHES AND NO PATENT MISUSE**

To: All Counsel

**PLEASE TAKE NOTICE** that Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") will move at the Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, New Jersey 08608 on such date as to be determined by the court at 9:00 a.m. before United States District Court Judge Peter G. Sheridan for the entry of an order

granting Novartis's motion for summary judgment of no prosecution laches and no patent misuse.

**PLEASE TAKE NOTICE** that Novartis relies upon the accompanying memorandum of law, statement of undisputed facts, declaration and exhibits submitted in support of this motion. A proposed order granting Novartis's motion is attached.

Respectfully submitted,

Dated: August 25, 2010

s/ William J. O'Shaughnessy
William J. O'Shaughnessy
Jonathan M. H. Short
Mark H. Anania
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444
Facsimile: (973) 624-7070

Of Counsel
Robert L. Baechtold
Nicholas N. Kallas
Diego Scambia
Christopher E. Loh
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

Attorneys for Plaintiff
Novartis Pharmaceuticals Corporation

FCHS_WS 5313576_1.DOC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of (1) Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment of No Prosecution Laches and No Patent Misuse, (2) Notice of Plaintiff's Motion for Summary Judgment of No Prosecution Laches and No Patent Misuse, (3) Statement of Undisputed Material Facts In Support of Plaintiff's Motion for Summary Judgment of No Prosecution Laches and No Patent Misuse, (4) Declaration of Cheney H. Huang, (5) Declaration of Margaret A. Hallet, and (6) Proposed Order were caused to be served this 25th day of August 2010 upon the following in the manner indicated:

**Via ECF, Email and Overnight Mail**

Arnold B. Calmann
Geri L. Albin
SAIBER LLC
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 622-3333
Facsimile: (973) 622-3349

Ron E. Shulman
Terry Kearney
Richard G. Frenkel
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Page Mill Road
Palo Alto, California 94304
Phone: (650) 493-9000
Facsimile: (650) 493-6811

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Phone: (415) 947-2000
Facsimile: (415) 947-2099

s/ William J. O'Shaughnessy
William J. O'Shaughnessy